## CHARLES BRIGHAM *v.* ISAAC ABBOTT.

By THE COURT. This is an action of book account. We think the deposition of Burnham, taken, to be used before the auditors, without notice, and without filing in court thirty days, as required by statute, where depositions are taken to be used in the county court, was properly received. Such has long been the practice in the county court, and we think the question has been decided in this court, if not reported.